In the Matter of the Claim of FLORENCE E. O'DELL against ADIRONDACK ELECTRIC POWER COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of O'Dell* v. *Adirondack Electric Power Co.*, 181 App. Div. 910, affirmed.

(Argued April 29, 1918; decided May 14, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 10, 1917, *unanimously* affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's husband, an electrician in the employ of defendant power company, on August 5, 1916, while engaged in stringing wires in an ash cellar under defendant's boiler room became ill from coal gas. On November 6, 1916, he died of pulmonary tuberculosis. There was evidence to the effect that the gas poisoning was the primary cause of the disease which caused death. The award was resisted on the ground that the death was not the result of an accidental injury or of a disease or infection which naturally and unavoidably resulted therefrom; and on the further ground that the employee failed to notify the employer of the alleged accidental injury as required by section 18 of the Workmen's Compensation Law.

*E. Clyde Sherwood* and *Amos H. Stephens* for appellants.

*Merton E. Lewis, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.